# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2569
LT Case Nos. 2015-CF-2973-A
2015-CF-2974-A

_____

LARRY C. GOODMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 summary appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Larry C. Goodman, Florida City, pro se.

No Appearance for Appellee.

October 10, 2023

PER CURIAM.

AFFIRMED.

EISNAUGLE, MACIVER, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————